1  Timothy J. Halloran - 104498
   James F. Monagle - 236638
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:  (415) 788-1900
4  Fax:  (415) 393-8087

5  Attorneys for Defendants
   MIKI BOUTIQUE, INC.; MEI NG; ANDREW MA DBA YUKI BOUTIQUE
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9
   CHANEL, INC.,                    | Case No.: 3:12-cv-00547-RS
10
        Plaintiff,                  | [PROPOSED] ORDER EXTENDING
11                                  | TIME FOR DEFENDANTS TO
   v.                               | RESPOND TO PLAINTIFFS'
12                                  | COMPLAINT
   MIKI BOUTIQUE, INC., a dissolved
13 California corporation, MEI NG, an
   individual, and ANDREW MA, an
14 individual, individually and jointly, d/b/a
   YUKI BOUTIQUE, YUMI BOUTIQUE
15 and MIKI BOUTIQUE and DOES 1-10,

16      Defendants.

17

18

19      The Court, after considering the Stipulation Extending Time for Defendant to

20 Respond to Plaintiffs' Complaint, hereby **ORDERS** that Defendants MIKI

21 BOUTIQUE, INC., a dissolved California Corporation, MEI NG, an individual and dba

22 YUKI BOUTIQUE, YUMI BOUTIQUE, and MIKI BOUTIQUE, and ANDREW MA,

23 an individual, shall have until March 16, 2012 to answer, move or otherwise respond to

24 Plaintiffs' Complaint.

25

26

27

28

1 | IT IS SO ORDERED on this 22nd day of February , ~~2009~~ 2012

*[signature: Richard Seeborg]*
Hon. Richard Seeborg
United States District Judge

5 | TLH.20366533

~~[Proposed]~~ Order Extending Time For Defendants To Respond To Plaintiffs' Complaint