Timothy J. Halloran - 104498
James F. Monagle - 236638
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Defendants
MIKI BOUTIQUE, INC.; MEI NG; ANDREW MA DBA YUKI BOUTIQUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIKI BOUTIQUE, INC., a dissolved California corporation, MEI NG, an individual, and ANDREW MA, an individual, individually and jointly, d/b/a YUKI BOUTIQUE, YUMI BOUTIQUE and MIKI BOUTIQUE and DOES 1-10, <br><br> Defendants. | Case No.: 3:12-cv-00547-RS <br><br> [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT |

The Court, after considering the Stipulation Extending Time for Defendant to Respond to Plaintiffs' Complaint, hereby **ORDERS** that Defendants MIKI BOUTIQUE, INC., a dissolved California Corporation, MEI NG, an individual and dba YUKI BOUTIQUE, YUMI BOUTIQUE, and MIKI BOUTIQUE, and ANDREW MA, an individual, shall have until March 16, 2012 to answer, move or otherwise respond to Plaintiffs' Complaint.

1  IT IS SO ORDERED on this 22nd day of February, ~~2009~~ 2012

*[signature]*
Hon. Richard Seeborg
United States District Judge

5  TLH.20366533

~~[Proposed]~~ Order Extending Time For Defendants To Respond To Plaintiffs' Complaint