KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111-2541
Telephone:    (415) 249-8330
Facsimile:     (415) 249-8333
Attorneys for Plaintiff CHANEL, INC.

PETER WEBER (SBN: 218473) pweber@mpbf.com
MURPHY PEARSON BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, California 94108
Telephone:    (415) 788-1900
Facsimile:     (415) 393-8087
Attorneys for Defendants MIKI BOUTIQUE, INC., MEI NG,
ANDREW MA, an individual, individually and joint,
d/b/a YUKI BOUTIQUE, YUMI BOUTIQUE and MIKI BOUTIQUE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANEL, INC., a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual, and ANDREW MA, an individual, individually and joint, d/b/a YUKI BOUTIQUE, YUMI BOUTIQUE and MIKI BOUTIQUE and DOES 1-10,<br><br>　　　　　　　　Defendants. | Case No. CV12-0547 RS<br><br>**STIPULATION RE MEDIATION AND [PROPOSED] ORDER** |

- 1 -

The parties to this action, Plaintiff Chanel, Inc. and Defendants Miki Boutique, Inc., a dissolved California corporation, and Mei Ng, an individual and d/b/a Yuki Boutique, Yumi Boutique, and Miki Boutique and Andrew Ma, an individual, by and through their attorneys of record, hereby stipulate to the following:

WHEREAS, on May 18, 2012, the Court referred this case to mediation through the Court's Mediation Program with a mediation deadline of August 16, 2012 (e-docket 15), and appointed Linda Joy Kattwinkel to serve as the mediator;

WHEREAS, the parties have agreed to use a private mediator in lieu of the Court appointed mediator;

WHEREAS, the parties have scheduled a mediation with private mediator Debra Mellinkoff for July 31, 2012;

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, upon Order of the Court, that the Court-connected mediation program for this case is vacated, and that the parties may proceed with private mediation.


DATED:  July 9, 2012           KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


_____/S/_____
Anne E. Kearns
Attorneys for Plaintiff


DATED: July 9, 2012            MURPHY PEARSON BRADELY & FEENEY


_____/S/_____
Peter Weber, Esq.
Attorneys for Defendants

- 3 -

1   IT IS SO ORDERED

2

3   Date:   7/17/12         _____

4                           RICHARD SEEBORG
                            UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
STIPULATION RE MEDIATION AND [PROPOSED] ORDER
Case No.:  CV 12-0547 RS